1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,       )
                                )       NO.  CR02-374C
          Plaintiff,            )
                                )
     v.                         )       ORDER COMPELLING
                                )       DEFENDANTS TO PROVIDE
                                )       VOICE EXEMPLARS
MAXIMILIANO VIDAL-MEDINA, and    )
CARLOS GARIBAY DEL TORO,         )
                                )
          Defendants.           )
_____)

17     This matter comes before the Court on the Government's Motion for Order Compelling

18  Defendants To Provide Voice Exemplar (Dkt. No. 625), Defendant Maximiliano Vidal-Medina's

19  Nonopposition to Motion for Voice Exemplar (Dkt. No. 634), and Defendant Carlos Garibay Del

20  Toro's Non-Opposition to Government's Motion for an Order Compelling Voice Exemplar (Dkt.

21  No. 647).  The Court having considered the United States' memorandum in support of its motion,

22  the responses filed by the Defendants indicating their nonopposition, and the files and records

23  herein, hereby finds and rules as follows.

24     IT IS HEREBY ORDERED that the above-named Defendants, upon request by the

25  United States, shall furnish a voice exemplar, to be used solely as a standard of comparison to

26  determine whether Defendants are the participants in certain recorded conversations.

27  //

28  //

Order for Voice Exemplar/CR02-374C – 1

1    IT IS FURTHER ORDERED that the parties shall either agree on the method by which

2  the voice exemplar shall be taken, or shall notify the Court that they cannot agree and schedule a

3  hearing.

4    DATED this 30th day of September, 2005.

5

6

7    John C. Coughenour

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order for Voice Exemplar/CR02-374C – 2